# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

**The structure and its curtilages and outbuildings, appurtenances, attached and detached garages and or sheds, located at 349 S. Marlowe Lane, Speedwell, Tennessee 37870.**

Case No. 3:18-MJ-2041

FILED APR 11 2018
U.S. District Court
Eastern District of Tennessee
At Knoxville

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Eastern___ District of ___Tennessee___ *(identify the person or describe property to be searched and give its location)*:

**The structure and its curtilages and outbuildings, appurtenances, attached and detached garages and or sheds, located at 349 S. Marlowe Lane, Speedwell, Tennessee 37870, as more fully described in Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 21 U.S.C. §§ 846, 841(a)(1), 18 U.S.C. §§ 922(g), 924(c), and 1956, and the application is based on these facts: **See attached Affidavit of FBI Special Agent Michael Mclaughlin.**

☐ Continued on the attached sheet.

Delayed notice ___ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Michael Mclaughlin, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/23/18

*Judge's signature*

City and state: Knoxville, Tennessee    H. Bruce Guyton, U.S. Magistrate Judge

**ATTACHMENT A**



TARGET STRUCTURE located at 349 S Marlowe Lane, Speedwell, Tennessee 37870. Metal gate and gravel driveway depicted in blue.



# **ATTACHMENT B**

The Court authorizes a search of the premises described on the warrant face and seizure of any of the following evidence and information. As to any premises, the authorization extends to all structures and outbuildings located at the same physical address.

1. As to the relevant period (2004-Present), books and records reflecting sales, transfer or transportation of controlled substances including but not limited to marijuana, methamphetamine, and prescription pills ,and amounts of monies owed for same.

2. As to the relevant period (2004-Present), records reflecting the names, addresses and telephone numbers of co-conspirators and telephone toll records for any residential or commercial telephone.

3. As to the relevant period (2004-Present), sales receipts and other records reflecting the expenditure, transfer, and/or transportation of monies or receipts of monies or other valuables, which are likely the proceeds from unlawful drug distribution.

4. Currency and money wrappers.

5. As to the relevant period (2004-Present), records of banking or financial transactions reasonably suspected to conceal and launder trafficking proceeds.

6. As to the relevant period (2004-Present), records of transactions to conceal valuable assets including real estate, automobiles, gold, silver, furs and precious gemstones, which there is probable cause to believe have been purchased with the proceeds of unlawful drug trafficking.

7. As to the relevant period (2004-Present), records reflecting the transportation of drugs, including airline tickets, mail receipts, private carrier receipts, credit card receipts, gasoline receipts, rented car receipts, luggage tags and other travel related records.

8. Safes or lock boxes used to conceal currency, records of illegal activity, or other contraband or fruits of crimes. [The Court permits opening of such containers regarding and as part of the execution of the warrant, to search for items enumerated in this Attachment.]

9. Firearms, to include handguns, rifles, shotguns or automatic weapons.

10. As to the relevant period (2004-Present), videotapes and photographs of drug activities and/or drug trafficking co-conspirators.

11. Controlled substances (to wit: marijuana, methamphetamine, prescription pills, and other controlled substances), as well as materials, chemicals, and equipment used for growing, cultivating, and harvesting marijuana plants.

12. Substances utilized to manufacture, weigh, package, and distribute controlled substances.

13. Controlled substance paraphernalia, such as scales, plastic baggies, rolling papers, etc.

14. Electronic devices[1] such as: telephones, cellular telephones, answering machines, recording devices, fax machines, electronic data devices and items with stored information to the extent there is a reasonable basis to believe any of same has been used to communicate regarding or transact as to unlawful drug activities. This would encompass such devices in the possession, custody, control of and/or accessible to and used by any of the persons named in the warrant affidavit.

---

[1] Responsive electronic devices may be seized temporarily, but the United States shall promptly apply to the Court for specific permission to search the content of such devices.